UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | 08 C 149 |
|---|---|---|
| Samuel Turner v. City of Chicago, et al. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas Carey and the City of Chicago

| SIGNATURE |
|---|
| \s\ Margaret A. Carey |

| FIRM |
|---|
| City of Chicago, Corporation Counsel's Office |

| STREET ADDRESS |
|---|
| 30 N. LaSalle St., Suite 1400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06206693 | (312)744-6073 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |