IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Samuel Turner, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 149 |
| | ) | |
| v. | ) | |
| | ) | |
| City of Chicago, | ) | Judge Kendall |
| Daniel Bora, Star 19830 and | ) | |
| Thomas Carey, Star 18795, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants, City of Chicago and Thomas Carey, by one of their attorneys, Margaret A. Carey, Senior Counsel for the City of Chicago, move this Honorable Court pursuant Fed. R. Civ. P. 6 (b)(1), for an extension of time to answer or otherwise plead to Plaintiff's Complaint.  In support of this motion, Defendants state as follows:

1.	January 8, 2008, Plaintiff filed his complaint which names Thomas Carey, Daniel Bora and the City of Chicago as Defendants.

2.	Defendants City and Thomas Carey have now been served.  As of the filing of this motion, Defendant Daniel Bora has not yet been served.

3.	Counsel for  Defendants City and Carey requires additional time in which to obtain the relevant documents and properly respond to Plaintiff's Complaint.

4.	This extension is not intended to delay and will not prejudice any of the parties.

      Wherefore, Defendants Carey and the City of Chicago respectfully request an extension of time to April 2, 2008, to answer or otherwise plead to Plaintiff's Complaint.

                                            Respectfully submitted,

|  |  |
|---|---|
| 30 N. LaSalle St., Suite 1400 | \s\ Margaret A. Carey |
| Chicago, Illinois 60602 | MARGARET A. CAREY |
| (312) 744-6073 | Senior Counsel |
| Attorney No.: 06206693 |  |

## CERTIFICATE OF SERVICE

_____I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Amended Complaint**, to be delivered via electronic filing to The Law Offices of Lawrence Jackowiak on this 13th day of February, 2008.

\s\ Margaret A. Carey
MARGARET A. CAREY