IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Samuel Turner, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 149 |
| | ) | |
| v. | ) | |
| | ) | |
| City of Chicago, | ) | Judge Kendall |
| Daniel Bora, Star 19830 and | ) | |
| Thomas Carey, Star 18795, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   The Law Offices of Lawrence Jackowiak
      20 N. Clark Street, Suite 1700
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day of  filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kendall or before such other Judge sitting in her place or stead, on the 20th day of February, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached motion.

**DATED** at Chicago, Illinois this 13th day of February, 2008.


                                              By:    \s\ Margaret A. Carey
30 N. LaSalle St., Suite 1400                        MARGARET A. CAREY
Chicago, Illinois 60602                              Senior Counsel
(312) 744-6073
Attorney No.: 06206693