## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Samuel Turner

                      Plaintiff,

v.                                  Case No.: 1:08−cv−00149
                                     Honorable Virginia M. Kendall

City of Chicago, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Defendant's Motion for Extension of Time [12] is granted. Defendant may have until 4/2/2008 to answer or otherwise respond to the Complaint. The 3/5/08 Initial Status hearing date is stricken and reset for Monday, 4/7/2008 at 09:00 AM. Joint Status Report due by 4/2/2008. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.