UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 149 |
| | ) | |
| vs. | ) | Judge Kendall |
| | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL STATUS REPORT

1. Lawrence V. Jackowiak, Daniel P. Kiss, and Louis J. Meyer are attorneys of record for the Plaintiff. Margaret Carey is attorney for the Defendants City of Chicago, and Officers Thomas Carey and Daniel Bora .

2. This Court has jurisdiction over Defendant's federal claims pursuant to 28 U.S.C. §§ 1331 and 1343. Jurisdiction for Plaintiff's state claims is based on supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

3. The claims asserted in the complaint involve a section 1983 case dealing with unreasonable seizure, false arrest/imprisonment, illegal search of person, and state law malicious prosecution, *respondeat superior* and indemnification claims. There are no counterclaims.

4. All parties have been served.

5. The major legal issues involve the alleged unconstitutional seizure and false arrest of Plaintiff, as well as the nature and extent of any claimed damages.

6. The major factual issues involve Plaintiff's allegations that the Defendant-Officers searched and arrested him without probable cause.

7. A jury trial is expected.

8. Plaintiff served Defendant with Rule 26(a)(1) disclosures on February 27, 2008. No other discovery has commenced.

9. Parties will be ready for trial after the filing of the final pretrial order.

10. The parties do not unanimously consent to proceed before the Magistrate Judge.

-2-

11. Settlement discussions have not yet taken place. Plaintiff does not request a settlement conference at this time.

Respectfully submitted,

| | |
|---|---|
| Dated: <u>April 2, 2008</u> | Dated: <u>April 2, 2008</u> |
| <u>/s/Lawrence V. Jackowiak</u> | <u>/s/ Margaret Carey</u> |
| Law Offices of Lawrence V. Jackowiak | Senior Counsel |
| 20 North Clark Street, Suite 1700 | 30 North LaSalle Street, Suite 1400 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 795-9595 | (312) 744-6073 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |