UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 149 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE KENDALL |
| Chicago Police Officers | ) | MAGISTRATE JUDGE COLE |
| DANIEL BORA, Star 19830, and | ) | |
| THOMAS CAREY, Star 18795, | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   LOUIS J. MEYER
      LAW OFFICES OF LAWRENCE V. JACKOWIAK
      20 N. CLARK STREET/SUITE 1700
      CHICAGO, IL 60602

**PLEASE TAKE NOTICE** that on April 2, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, 12(B)(6) DEFENSES AND JURY DEMAND,** a copy of which is attached hereto and is hereby served upon you.

Respectfully submitted,

/s/ Margaret A. Carey
MARGARET A. CAREY
Senior Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6073
(312) 744-6566 (FAX)
ATTY. NO.  06206693