**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 149 |
|---|---|

Samuel Turner v. City of Chicago, et al.

      v.

City of Chicago, et al.,
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Daniel Bora, Thomas Carey and the City of Chicago, Defendants.

| | |
|---|---|
| NAME (Type or print) | Matthew R. Hader |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Matthew R. Hader |
| FIRM | City of Chicago, Corporation Counsel's Office |
| STREET ADDRESS | 30 North LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP | Chicago, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06284330 | TELEPHONE NUMBER 312.742.9586 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |