UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL TURNER; | ) |
|                 Plaintiff, | ) Case No. 08 C 149 |
| vs. | ) Judge Kendall |
| CITY OF CHICAGO, Chicago Police Officers DANIEL BORA, Star 19830, and THOMAS CAREY, Star 18795, | ) Magistrate Judge Cole |
|                 Defendants. | ) |

**NOTICE OF MOTION**

**TO:** Daniel Kiss, Lawrence Jackowiak, and Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, IL 60602
(312) 795-9595

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S MOTION FOR A PROTECTIVE ORDER**, a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kendall, or before such other Judge sitting in her place or stead, on the 16th day of July, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached motion.

    **DATED** at Chicago, Illinois this 10th day of July, 2008.

                                                             Respectfully Submitted,

                                                             s/ Matthew R. Hader
                                                             MATTHEW R. HADER

30 North La Salle Street, Suite 1400         Assistant Corporation Counsel
Chicago, Illinois 60602
(312) 742-9586
matt.hader@cityofchicago.org
Atty. No. 06284330