**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Samuel Turner

                                Plaintiff,

v.                                                          Case No.: 1:08−cv−00149
                                                            Honorable Virginia M. Kendall

City of Chicago, et al.

                                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision. Any motions to extend the set discovery schedule are to be noticed before Judge Kendall.(jms, )Mailed notice.

Dated: July 16, 2008

                                                            /s/ Virginia M. Kendall
                                            _____

                                                            United States District Judge