## ... IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 149 |
| | ) | |
| vs. | ) | |
| | ) | JUDGE KENDALL |
| CITY OF CHICAGO, Chicago Police Officers DANIEL BORA, Star 19830, and THOMAS CAREY, Star 18795, | ) ) ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Samuel Turner, by one of his attorneys, Lawrence V. Jackowiak, Defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and Defendants, Daniel Bora and Thomas Carey, by one of their attorneys, Julia S. Bruce, Assistant Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby orders as follows:

All of the claims of Plaintiff, Samuel Turner, against Defendants, City of Chicago, Daniel Bora, and Thomas Carey, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees.

DATED: September 5, 2008      ENTER:

                                                                          VIRGINIA M. KENDALL
                                                                          United States District Judge

Julia S. Bruce
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-0451
Attorney No. 06273493